# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| **Justin Michael Sweeny,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 15-0237-CV-W-JTM |
| | ) |
| **Carolyn W. Colvin,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER OF DISMISSAL

Pending before the Court is the *Plaintiff's Unopposed Motion To Withdraw the Action,* filed January 6, 2016 [Doc. 6]. Counsel for plaintiff filed the motion based upon information that plaintiff died during the pendency of this action, leaving no appropriate party to pursue his claim.

Accordingly, it is

**ORDERED** that this matter is hereby **DISMISSED**.


                                              */s/ John T. Maughmer*
                                              **John T. Maughmer**
                                       **United States Magistrate Judge**